IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

CHRISTOPHER D. LAMPKIN          )
                                )
          Plaintiff,            )
                                )
v.                              )          1:04-CV-01230-B
                                )          WO
JO ANNE B. BARNHART,            )
COMMISSIONER OF SOCIAL SECURITY, )
                                )
          Defendant.            )


## ORDER ON MOTION

After consideration of *Defendant's* unopposed *Motion To Reverse And Remand And For Entry Of Final Judgment* pursuant to *sentence four* of 42 U.S.C. 405(g)[1], and supporting *Memorandum* (Docs. 15 and 16, July 5, 2005), and for good cause based on the Appeals Council's determination that a remand is appropriate for additional proceedings before an administrative law judge,[2] it is hereby

**ORDERED** that the *Motion* (Doc. 15) is **GRANTED** and this case is **REVERSED and REMANDED** pursuant to *sentence four* of 42 U.S.C. §405(g).

The Defendant Commissioner's request for a final judgment is granted and filed separately herewith.

_____

[1] Plaintiff Lampkin "consents to the case being remanded pursuant to sentence four of 42 U.S.C. 405(g)." *Plaintiff's Response* at 1 (Doc. 18, July 11, 2005)

[2] Defendant represents that upon the requested remand, the Appeals Council will instruct the ALJ "to evaluate the period in which Plaintiff was under 18 pursuant to the childhood disability standard, to evaluate the period after Plaintiff turned 18 under the adult disability standard, and to further evaluate Plaintiff's credibility in accordance with the regulations." (*Mem*. at 1).

Done this 15th  day of July, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE