IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER D. LAMPKIN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:04-CV-01230-B |
| | ) | WO |
| JO ANNE B. BARNHART, | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

In accordance with the *Order on Motion* granting *Defendant's Motion To Reverse And Remand And For Entry Of Final Judgment*, it is

**ORDERED, ADJUDGED and DECREED** that **FINAL JUDGMENT**, pursuant to Rule 58 of the Federal Rules of Evidence, be entered for the Plaintiff, Christopher D. Lampkin, and against the Defendant Commissioner, under *sentence four* of 42 U.S.C. §405(g).

Done this 15th day of July, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE