IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER D. LAMPKIN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:04-CV-01230-B |
| | ) | [WO] |
| JO ANNE B. BARNHART, | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

On July 15, 2005, this court entered a *Final Judgment* remanding this case to the Commissioner of Social Security for further proceedings pursuant to *sentence four* of 42 U.S.C. §405(g). (Docs. 19 and 20). Submitted now is the *Plaintiff's Motion for Attorney's Fees* and supporting submissions (Docs. 21,22 and 23, filed on Oct. 13, 2005), which is uncontested.[1]

Pursuant to the Equal Access to Justice Act, 28 U.S.C.§2412, Plaintiff seeks a total award of *$2,910.60* for attorney's fees to counsel of record, Georgia H. Ludlum, at an hourly rate of $147.00.[2] The court finds that Plaintiff's motion for attorney's fees is timely filed and that he is a "prevailing party" within the meaning of 28 U.S.C. §2412(d)(1)(A), in that

---

[1] The Commissioner "does not contest the award of attorney fees" and "does not object to Plaintiff's request that the fee be made payable to the Law Offices of Georgia H. Ludlum." *(Defendant's Response* , Doc. 27, filed Oct. 31, 2005).

[2] Plaintiff's fee itemization reflects a total of 19.8 hours of services rendered between December 20, 2004 and October 13, 2005.

pursuant to the *Order* and *Judgment* filed July 15, 2005 the court remanded this case for further consideration pursuant to *sentence four* of 42 U.S.C. §405(g).  Plaintiff has documented  increases in the consumer price index which authorize an increase from the $125 hourly fee specified in the EAJA to the requested hourly rate as an adjustment for inflation. Plaintiff's requested hourly rate is reasonable as are the hours expended for legal representation.

Accordingly, it is the **ORDER, JUDGMENT, and DECREE** of this court that the Plaintiff's *Motion for Attorney's Fees* (Doc.  21) is **GRANTED** in the total amount of **$2,910.60**,  payable to Plaintiff's counsel, the Law Offices of Georgia H. Ludlum.

DONE this 18th day of November,  2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE